```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )   2:09-cv-00608-MCE-JFM
                                 )
12          Plaintiff,           )   APPLICATION AND ORDER
                                 )   PUBLICATION
13      v.                       )
                                 )
14  2006 TOYOTA TUNDRA SR-5 TRUCK,)
    VIN: 5TBDT44176S529821,      )
15  CALIFORNIA LICENSE NUMBER:   )
    8C49361,                     )
16                               )
            Defendant.           )
17  _____)
```

18      The United States of America, Plaintiff herein, applies for
19  an order of publication as follows:
20      1.  Rule G(4) of the Supplemental Rules for Admiralty or
21  Maritime Claims and Asset Forfeiture Actions (hereafter
22  "Supplemental Rules") provides that the Plaintiff shall cause
23  public notice of the action and arrest to be given in a newspaper
24  of general circulation or on the official internet government
25  forfeiture site;
26      2.  Local Rule 83-171, Eastern District of California,
27  provides that the Court shall designate by order the appropriate
28  newspaper or other vehicle for publication;

                                1

1         3.   The defendant 2006 Toyota Tundra SR-5 Truck, VIN:
2  5TBDT44176S529821, California License Number: 8C49361 (hereafter
3  "defendant vehicle") was seized in the city of Oroville, Butte
4  County, California.  The Drug Enforcement Administration
5  published notice of the non-judicial forfeiture of the defendant
6  vehicle on November 17, 24 and December 1, 2008, in <u>The Wall
7  Street Journal</u>.
          4.   Plaintiff proposes that publication be made as follows:
               a.   One publication;
               b.   Thirty (30) consecutive days;
               c.   On the official internet government forfeiture
   site www.forfeiture.gov;
               d.   The publication is to include the following:
                    (1)  The Court and case number of the action;
                    (2)  The date of the arrest/seizure;
                    (3)  The identity and/or description of the
   property arrested/seized;
                    (4)  The name and address of the attorney for the
   Plaintiff;
                    (5)  A statement that claims of persons entitled
   to possession or claiming an interest pursuant to Supplemental
   Rule G(5) must be filed with the Court and served on the attorney
   for the Plaintiff no later than 60 days after the first day of
   publication on the official internet government forfeiture site;
   and
                    (6)  A statement that answers to the Complaint or
   a motion under Rule 12 of the Federal Rules of Civil Procedure
   ("Fed. R. Civ. P.") must be filed and served within 20 days after

the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: March 4, 2009                LAWRENCE G. BROWN
                                    Acting United States Attorney


                                     /s/ Kristin S. Door
                                    KRISTIN S. DOOR
                                    Assistant United States Attorney


**ORDER**

IT IS SO ORDERED.

Dated:  March 13, 2009.

                                    UNITED STATES MAGISTRATE JUDGE

/2006toyota

3