BENJAMIN B. WAGNER
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>2006 TOYOTA TUNDRA SR-5 TRUCK,<br>VIN: 5TBDT44176S529821,<br>CALIFORNIA LICENSE NUMBER:<br>8C49361,<br><br>    Defendant. | 2:09-cv-00608 GEB/JFM<br><br>**REQUEST FOR EXTENSION OF STAY OF FURTHER PROCEEDINGS AND ORDER**<br><br>DATE: January 19, 2010<br>TIME: 9:00 a.m.<br>COURTROOM: 10 |

    Plaintiff United States of America and claimant Richard Miller submit the following Request for Extension of Stay of Further Proceedings and Proposed Order.

    This matter was stayed on June 16, 2009, because charges are pending against claimant Miller.  Claimant Miller was indicted in this district (U.S. v. Richard James Miller, 2:08-cr-00452 GEB) on drug trafficking charges.  The next status conference in the criminal case is January 29, 2010.  For this reason, the parties request that the stay be extended an additional 90 days.

    At that time the parties will advise the court of the status of the criminal investigation, if any, and will advise the

1

court whether a further stay is necessary.

DATED: January 6, 2010                    BENJAMIN B. WAGNER
                                          Acting United States Attorney


                                    By:   /s/ Kristin S. Door
                                          KRISTIN S. DOOR
                                          Assistant U.S. Attorney
                                          Attorneys for plaintiff
                                          United States of America

DATED: January 6, 2010                    DANIEL J. BRODERICK
                                          Federal Defender


                                          /s/ Lauren Cusick (as
                                          authorized on 1/6/2010)
                                          LAUREN CUSICK
                                          Assistant Federal Defender
                                          Attorney for claimant
                                          Richard Miller

**ORDER**

For the reasons set forth above, this matter is stayed for an additional 90 days. The scheduling conference scheduled for January 19, 2010, is vacated and is rescheduled to April 26, 2010, at 9:00 a.m. A joint status report is to be filed fourteen days prior to the hearing.

IT IS SO ORDERED.

Dated:  January 6, 2010

                                          _____
                                          GARLAND E. BURRELL, JR.
                                          United States District Judge

2